IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REAL ESTATE ALLIANCE, LTD.<br>          Plaintiff,<br>V.<br>DIANE SARKISIAN AND<br>VARIOUS JOHN AND JANE DOES<br>          Defendants. | CIVIL ACTION<br>NO. 05-3573 |

**STATUS REPORT**

Pursuant to the Court's Order dated June 5, 2012, counsel for the parties to the above-captioned action submit their joint status report.

The present action is stayed, awaiting the outcome of a related action, *Move, Inc. et al. v. Real Estate Alliance, Ltd., et al.*, Civil Action No. 07-02185-GHK-AJW, and related cases. Those cases, pending in the Central District of California since 2007, seek to adjudicate the validity and infringement of the same patents-in-suit as the stayed action before this Court. At present, the California action is being appealed to the Court of Appeals for the Federal Circuit by the patentee, Real Estate Alliance, Ltd., which seeks an order reversing a grant of summary judgment of noninfringement.

The parties will keep this Court apprised of the disposition of the California actions, and will seek to have the stay lifted and the case resolved after a final result has been reached in the related matters.

                                                                    Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP          LIPTON, WEINBERGER & HUSICK

By:   s/ Jeffrey L. Eichen                          By:   s/ Lawrence A. Husick
Jeffrey L. Eichen (PA 65,464)                    Lawrence A. Husick (PA 38,815)
1007 North Orange Street                         P.O. Box 587
P.O. Box 2207                                    Southeastern, PA 19399-0587
Wilmington, Delaware 19899                       Telephone: 610-296-8259
Telephone: 302.888.6306                          Email: lhusick@lwh-law.com
Email: jeichen@cblh.com

                                                 Counsel for Plaintiff,
Counsel for Defendants,                          Real Estate Alliance, Ltd.
Diane Sarkisian, et al.

Dated: July 3, 2012